■ GEORGIA E. FEHLHABER, Appellant, v. FRED R. FEHLHABER, Respondent.— In an action to set aside a separation agreement for alleged fraud, and

for a judicial separation, the plaintiff wife appeals from an order· of the Supreme Court, Westchester County, dated May 2, 1960, denying her motion for examination of the defendant husband before trial. Order affirmed, without costs. No opinion. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.